UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK          07 CV 2874 (RMB)

| | |
|---|---|
| NIPPON YUSEN KAISHA a.k.a. NYK LINE,<br><br>                     Plaintiff,<br>- against -<br><br>ZIRCON LOGISTICS, INC., and ZIRCON (USA) LOGISTICS, LTD., and ZIRCON LOGISTICS,<br><br>                     Defendants. | DEFENDANT, NIPPON YUSEN KAISHA'S CORPORATE DISCLOSURE STATEMENT<br><br>[F.R.Civ.P. 7.1] |

Defendant, NIPPON YUSEN KAISHA (hereafter "NYK"), by its attorneys, Cichanowicz Callan Keane Vengrow & Textor, LLP, certifies that no parent corporation or any publicly held corporation owns 10% or more of its stock.

Dated: New York, NY          CICHANOWICZ CALLAN KEANE VENGROW
                                                                 & TEXTOR, LLP, 61 Broadway, Ste. 3000
     April 10 , 2007          New York, NY 10006 – Tel. 212-344-7042


                                              By: /s/_____Joseph De May, Jr._____
                                                      Joseph De May, Jr.  [JD-9105]
                                                         Attorneys for Plaintiff