*Court Berman, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 2874 (RMB)

---

NIPPON YUSEN KAISHA a.k.a. NYK LINE,

                Plaintiff,

- against -

ZIRCON LOGISTICS, INC., and ZIRCON (USA) LOGISTICS, LTD., and ZIRCON LOGISTICS,

                Defendants.

---

ORDER APPOINTING SUBSTITUTE PROCESS SERVER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/07
```

Plaintiff, having moved for an Order pursuant to Supplemental Admiralty Rule B(1)(d)(ii) appointing any attorney or clerk employed by its attorneys, Cichanowicz Callan Keane Vengrow & Textor, LLP, and who is over 18 years of age and is not a party to this action, or any licensed process server to serve an attachment and garnishment in this matter, and it appearing that such appointment will result in economies of time and expense,

NOW, on motion of, Cichanowicz, Callan, Keane, Vengrow & Textor, LLP attorneys for Plaintiff, it is

ORDERED, that any attorney or clerk employed by the law firm of Cichanowicz Callan Keane Vengrow & Textor, LLP or any licensed process server who is over 18 years of age and is not a party to this action, be and hereby is, appointed to serve Process of Maritime Attachment and Garnishment, supplemental process, and a copy of the Verified Complaint on all garnishees to be served herein.

Dated: New York, NY, April 11, 2007

A CERTIFIED COPY
J. MICHAEL McMAHON,    CLERK

BY _____
     DEPUTY CLERK

RMB
Richard M. Berman
U.S.D.J.