# LAW OFFICES OF
## CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP

61 BROADWAY, STE. 3000
NEW YORK, NY 10006

PAUL M. KEANE*
STEPHEN H. VENGROW†
JAMES M. TEXTOR*°
JOSEPH F. DE MAY, JR.°
RANDOLPH H. DONATELLI#
PATRICK MICHAEL DeCHARLES II△

JESSICA A. DE VIVO⇧
IRENE M. ZANETOS⇧

† ALSO ADMITTED TO DISTRICT OF
   COLUMBIA, MAINE & NEW YORK
* ALSO ADMITTED TO PENNSYLVANIA
# ALSO ADMITTED TO GEORGIA
⇧ ALSO ADMITTED TO NEW YORK
° NOT ADMITTED TO NEW JERSEY
△ ALSO ADMITTED TO NEW YORK & TEXAS

TELEPHONE: (212) 344-7042
NJ TELEPHONE: (201) 209-0960
TELEFAX: (212) 344-7285

NEW JERSEY OFFICE
75 MONTGOMERY STREET, STE. 200
JERSEY CITY, NJ 07302

A. J. MARINO
OF COUNSEL

BYRON KING CALLAN
(1914-1992)
VICTOR S. CICHANOWICZ
(1918-1989)

**MEMO ENDORSED**

*Adjourned to 6/22/07 @ 9:30 AM*

**SO ORDERED:**
Date: 4/23/07  /s/ Richard M. Berman
Richard M. Berman, U.S.D.J.

April 20, 2007
BY HAND

The Hon. Richard M. Berman, U.S.D.J.
The U.S. Courthouse
500 Pearl Street
New York, NY

RE:  Nippon Yusen Kaisha v. Zircon Logistics
     07 Civ. 2874 (RMB)
     Our File: 8826/JDM

Your Honor:

    We are the attorneys for plaintiff in the above captioned matter which was filed on April 10, 2007. Service has not yet been made on the defendants. We write to ask for a 30 day adjournment of the pretrial conference now scheduled for May 23, 2007 at 9:30 AM. No prior adjournments have been granted or requested. The reason for the adjournment is as follows.

    Plaintiff brought this suit in an attempt to obtain security for its claim by means of a maritime attachment under Supplemental Admiralty Rule B and 9 U.S.C. 8. The claims pleaded in the complaint are now the subject of a shortened maritime arbitration before a single arbitrator named Svend Hansen of the Society of Maritime Arbitrators. The Arbitrator has just issued a scheduling order dated April 19, 2007 (copy attached) which indicates that the arbitral award could well be made before the requested adjournment date, thus mooting the need for litigation. We ask that the adjournment be without prejudice to plaintiff's right to seek Rule B attachment security.

Respectfully,
CICHANOWICZ CALLAN KEANE VENGROW
& TEXTOR, LLP

By: /s/ Joseph De May, Jr.
Joseph De May, Jr.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/23/07

# Svend Hansen, Jr.
### 6 Holly Lane
### Rye, New York 10580

Tel: 212-763-3423
Fax: 212-363-3980
svend.hansen@hagedorn.com

April 19, 2007

Mr. John McLean
Zircon Group
5750 Timberlea Blvd., Unit 2
Mississauga, Ontario, L4W5N8
CANADA

Joseph DeMay, Jr., Esquire
Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
61 Broadway, Suite 3000
New York, NY 10006-2802

Re:  NYK Line (North America) Inc. v. Zircon Logistics, Inc. Freight Charges
     NYK B/L's NYKS475432439; NYKS475438417; NYKS475438958

Gentlemen:

In accordance with the shortened arbitration procedure the schedule for proceedings shall be as follows:

Claimant NYK shall submit its initial statement of claim with all supporting documents as promptly as possible.

Respondent Zircon shall submit its response and any counterclaim with all supporting documents within 20 days of receipt of claimant's submission.

In the event of a counterclaim, claimant NYK shall respond within 20 days of receipt thereof.

Short replies by both parties will be considered, if required.

Very truly yours,

*Svend Hansen, Jr.*
Svend Hansen, Jr.