LAW OFFICES OF
# CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 BROADWAY, STE. 3000
NEW YORK, NY 10006

**MEMO ENDORSED**

PAUL M. KEANE"
STEPHEN H. VENGROW†
JAMES M. TEXTOR*°
JOSEPH F. DE MAY, JR.*
RANDOLPH H. DONATELLI#"
PATRICK MICHAEL DeCHARLES II∆

JESSICA A. DE VIVO⇧
IRENE M. ZANETOS⇧

† ALSO ADMITTED TO DISTRICT OF
   COLUMBIA, MAINE & NEW YORK
* ALSO ADMITTED TO PENNSYLVANIA
# ALSO ADMITTED TO GEORGIA
⇧ ALSO ADMITTED TO NEW YORK
" NOT ADMITTED TO NEW JERSEY
∆ ALSO ADMITTED TO NEW YORK & TEXAS

TELEPHONE: (212) 344-7042
NJ TELEPHONE: (201) 209-0960
TELEFAX: (212) 344-7285

NEW JERSEY OFFICE
75 MONTGOMERY STREET, STE. 200
JERSEY CITY, NJ 07302

A. J. MARINO
OF COUNSEL

BYRON KING CALLAN
(1914-1992)
VICTOR S. CICHANOWICZ
(1918-1989)

**Adjourned to 6/26/07 @ 9:30 AM**

June 20, 2007
BY HAND

SO ORDERED:
Date: 6/20/07   /s/ Richard M. Berman
Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/07

The Hon. Richard M. Berman, U.S.D.J.
The U.S. Courthouse
500 Pearl Street
New York, NY

RE:   Nippon Yusen Kaisha v. Zircon Logistics
      07 Civ. 2874 (RMB)
      Our File: 8826/JDM

Your Honor:

We are the attorneys for plaintiff in the above captioned matter which was filed on April 10, 2007. Service has not been made on the defendants. We write to ask for a second adjournment of the pretrial conference now scheduled for June 22, 2007 at 9:30 AM. One 30 day adjournment has been granted. No other adjournments have been requested or granted. The reason for the adjournment is that I must appear in New York State Supreme Court for New York County before Justice Fried to argue an order to show cause for a preliminary injunction on the day and time the conference is now scheduled.

As explained in our last letter to the Court, plaintiff brought this suit in an attempt to obtain security for its claim by means of a maritime attachment under Supplemental Admiralty Rule B and 9 U.S.C. 8. The claims pleaded in the complaint are now the subject of a maritime arbitration before a single arbitrator named Svend Hansen of the Society of Maritime Arbitrators in which the defendant has appeared. The Arbitrator's scheduling order attached to our last letter indicated that the arbitral award could well be made before Friday's adjournment date, thus mooting the need for litigation. However, the arbitration has not been completed. We entered into settlement discussions with defendant, and it looked like we had a deal, but it fell through, so we must return to arbitration. We ask that any adjournment be without prejudice to plaintiff's right to continue to seek Rule B attachment security.

Respectfully,
CICHANOWICZ CALLAN KEANE VENGROW
& TEXTOR, LLP

By: /s/ Joseph De May /MJ
      Joseph De May, Jr.



RECEIVED
JUN 20 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.