LAW OFFICES OF
# CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 BROADWAY, STE. 3000
NEW YORK, NY 10006

PAUL M. KEANE°
STEPHEN H. VENGROW†
JAMES M. TEXTOR*°
JOSEPH F. DE MAY, JR.°
RANDOLPH H. DONATELLI#°
PATRICK MICHAEL DECHARLES II∆
_____

JESSICA A. DE VIVO⇧
IRENE M. ZANETOS⇧

† ALSO ADMITTED TO DISTRICT OF
   COLUMBIA, MAINE & NEW YORK
* ALSO ADMITTED TO PENNSYLVANIA
# ALSO ADMITTED TO GEORGIA
⇧ ALSO ADMITTED TO NEW YORK
° NOT ADMITTED TO NEW JERSEY
∆ ALSO ADMITTED TO NEW YORK & TEXAS

TELEPHONE: (212) 344-7042
NJ TELEPHONE: (201) 209-0960
TELEFAX: (212) 344-7285

NEW JERSEY OFFICE
75 MONTGOMERY STREET, STE. 200
JERSEY CITY, NJ 07302

A.J. MARINO
OF COUNSEL
_____

BYRON KING CALLAN
(1914-1992)
VICTOR S. CICHANOWICZ
(1918-1989)

August 6, 2007
Via ECF

The Hon. Richard M. Berman, U.S.D.J.
The U.S. Courthouse
500 Pearl Street
New York, NY

RE:   Nippon Yusen Kaisha v. Zircon Logistics
      07 Civ. 2874 (RMB)
      Our File: 8826/JDM

Your Honor:

      We are the attorneys for plaintiff in the above captioned matter which was commenced 118 days ago. Plaintiff brought this suit in an attempt to obtain security for its claim by means of a maritime attachment under Supplemental Admiralty Rule B and 9 U.S.C. 8. We have been unsuccessful in obtaining any attachments. The claims pleaded in the complaint are now the subject of a maritime arbitration before a single arbitrator named Svend Hansen of the Society of Maritime Arbitrators in which the defendant has appeared.

      Under the circumstances, if the Court does not wish to allow the case to remain open on its docket, could we have a dismissal without prejudice and with leave to reopen - in the event plaintiff prevails in the arbitration – for purposes of confirming and enforcing any award?

      Respectfully,
CICHANOWICZ CALLAN KEANE VENGROW
& TEXTOR, LLP

By: /s/ _____Joseph De May, Jr._____
      Joseph De May, Jr.