UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

NIPPON YUSEN KAISHA,                          :
                                              :
                          Plaintiff,          :     07 Civ. 2874 (RMB)
                                              :
            -against-                         :     **ORDER OF DISCONTINUANCE**
                                              :
ZIRCON LOGISTICS,                             :
                                              :
                          Defendant.          :
-------------------------------------------------------------X

    Based on Plaintiff's request in a letter dated August 6, 2007 that this matter be dismissed

without prejudice, it is hereby

    **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued

without prejudice.

**SO ORDERED**.

Dated: New York, New York
       October 25, 2007

                                              _____
                                              **Richard M. Berman, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/2007